**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GLENDA RILEY**                                                                        **PLAINTIFF**

**V.**                                    **NO. 1:16-CV-138-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is

entered in favor of the Commissioner.

DATED this 7th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE